Same case below, 147 Idaho 737, 215 P.3d 457.

No. 09-7858. Coleen L. Powers, Petitioner v. Mesaba Aviation, Inc., dba Mesaba Airlines, et al.

559 U.S. 944, 130 S. Ct. 1512, 176 L. Ed. 2d 122, 2010 U.S. LEXIS 1481, ■

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 328 Fed. Appx. 344.

No. 09-7860. Charles R. Andrus, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 944, 130 S. Ct. 1512, 176 L. Ed. 2d 122, 2010 U.S. LEXIS 1214.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-7862. Martin Christian Sorlien, Petitioner v. Michigan.

559 U.S. 944, 130 S. Ct. 1513, 176 L. Ed. 2d 122, 2010 U.S. LEXIS 1107.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

No. 09-7863. James Anthony Warren, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

559 U.S. 944, 130 S. Ct. 1513, 176 L. Ed. 2d 122, 2010 U.S. LEXIS 1228.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 09-7867. Anthony M. Garraway, Petitioner v. Brian Fischer, Commissioner, New York Department of Correctional Services, et al.

559 U.S. 944, 130 S. Ct. 1513, 176 L. Ed. 2d 122, 2010 U.S. LEXIS 1360.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 324 Fed. Appx. 98.

No. 09-7874. Joseph Bishop Goff, Petitioner v. Mississippi.

559 U.S. 944, 130 S. Ct. 1513, 176 L. Ed. 2d 122, 2010 U.S. LEXIS 1251.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

Same case below, 14 So. 3d 625.

No. 09-7878. Sheila Dennis, Petitioner v. Keller Meyer Building Services.

559 U.S. 944, 130 S. Ct. 1513, 176 L. Ed. 2d 122, 2010 U.S. LEXIS 1320.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 09-7883. Michael Blackshear, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.

559 U.S. 944, 130 S. Ct. 1514, 176 L. Ed. 2d 122, 2010 U.S. LEXIS 1104.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.